**So Ordered.**

**Dated: August 22nd, 2019**



Frederick P. Corbit
Bankruptcy Judge

*/s/ Frederick P. Corbit*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: )
) NO. 19-01331-FPC7
KINGSBURG, MELISSA A., )
) ORDER ON MOTION TO ASSUME
) LEASE CUTLER ASSOCIATES
) KIEMLE & HAGOOD
)
Debtors. )
)

The above-referenced debtor by and through their attorney, Gregory R. Heline, moved the Court for an Order allowing the debtor to assume the lease of Cutler Associates Kiemle & Hagood with the property located at 8615 N Division St. Ste B.

It is hereby ORDERED, ADJUDGED AND DECREED that the above referenced debtor assume the above-referenced lease of Cutler Associates Kiemle & Hagood with the property located at 8615 N Division St. Ste B.

Presented by:

/s/ Gregory R. Heline
GREGORY R. HELINE
Attorney for Debtors

GREGORY R. HELINE & ASSOCIATES
LAW OFFICE
1903 N. ASH STREET
SPOKANE, WASHINGTON 99205
(509) 326-4910
FAX (509) 326-7525